UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RAMIREZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE GEO GROUP, Inc.,<br><br>　　　　　　　　　　Defendant. | Case No.:  18cv2136-LAB (MSB)<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br>**[ECF NO. 76]** |

On October 18, 2019, the Court a telephonic discovery hearing to address a discovery dispute regarding four Requests for Production served by Plaintiff on The Geo Group, Inc. ("Defendant").  Before the Court was Plaintiff's October 9, 2019 "Joint Motion for Determination of Discovery Dispute," (ECF No. 76), Defendants' opposition based on procedural grounds filed the same day, (ECF No. 77), and Defendant's supplement to the joint motion for determination of discovery dispute, filed on October 16, 2019, (ECF No. 81).

For the reasons stated on the record at the hearing, the Court **ORDERS** as follows:

1.　Defendant is to serve on Plaintiff documents responsive to RFP Nos. 34, 35, and 36 on or before **October 19, 2019**.

2. On or before **November 8, 2019**, Defendant is to produce to Plaintiff "any emails sent to all assistant shift supervisors and/or correctional officers, as a group, during the class period that includes the words 'emergency' or 'emergencies.'"

**IT IS SO ORDERED.**

Dated: October 18, 2019

Honorable Michael S. Berg
United States Magistrate Judge