# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RAMIREZ, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, et al.,<br><br>        Defendants. | CASE NO. 18cv2136-LAB (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND [Dkt. 104]** |

The parties have reached a global settlement that resolves both this action and other related actions, including one in San Diego County Superior Court and several others pending in various state and federal courts throughout California. On January 10, 2020, the parties jointly moved to stay this action while they finalized a joint dismissal as part of that global settlement. Given that the Court had already certified a limited class, the Court ordered additional briefing as to whether it had authority to grant a joint dismissal without being independently satisfied that the global settlement (reached in another court but encompassing the claims at issue here) was fair. The parties submitted the required briefing[1] and now move to remand this action to San Diego County Superior Court, where it will be consolidated with related state court proceedings and the global

---

[1] Relying on the Ninth Circuit's decision in *Negrete v. Allianz Life Ins. Co.*, 523 F.3d 1091 (9th Cir. 2008), the parties argue that the Court does indeed have the authority to dismiss (or remand) a case with certified class claims without being independently satisfied of the settlement's fairness. To do otherwise, they submit, would be to violate the Anti-Injunction Act.

settlement can be approved. The parties' motion is **GRANTED**, and this action is **REMANDED** to San Diego County Superior Court. The clerk is directed to close the case.

    **IT IS SO ORDERED**.

Dated: February 19, 2020

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge